**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

BARRY J. PORTMAN
Federal Public Defender

Telephone (510) 637-3500
Fax (510) 637-3507

January 17, 2008

Ivy Garcia
Courtroom Deputy Clerk
Hon. Wayne D. Brazil, Magistrate
1301 Clay Street, Courtroom No. 4, 3rd Flr.
Oakland, CA 94612

**FILED**
JAN 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND


RE: Li P. Lin [case number]

Dear Ms. Garcia:

I would like to place Mr. Lin on Judge Brazil's calendar for tomorrow, Friday January 18th at 10:00 for review of financial affidavit and appointment of counsel. Mr. Lin has not yet been charged, but he is the target of a criminal investigation. There is no case number yet.

If there are any problems, please call me directly at 637-1953. Otherwise, I will see you tomorrow morning. Thank you very much.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender

/s/

REBECCA SILBERT
Assistant Federal Public Defender

cc: Doug Sprague